Affirmed and Opinion filed June 12, 2003









Affirmed and Opinion filed June 12, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01017-CR

____________

 

ELLSWORTH SWAINDELL STORR, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 9th District Court

Waller County, Texas

Trial Court Cause No. 
98-02-9311

 



 

M E M O R A N D U M  O P I N I O N

Appellant Ellsworth Swaindell Storr was found guilty of the offense of aggravated
robbery, and sentenced to seven years= confinement and a $2,500.00 fine.

Appellant's appointed counsel filed a brief in which he
concludes that the appeal is wholly frivolous and without merit.  The brief meets the requirements of Anders
v. California, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), presenting a professional evaluation of the record
demonstrating why there are no arguable grounds to be advanced.  See High v. State, 573
S.W.2d 807 (Tex. Crim. App. 1978).








A copy of counsel's brief was delivered to appellant.  Appellant was advised of the right to examine
the appellate record.  Although a copy of
the record was furnished to appellant, no pro se response has been filed.

We agree the appeal is wholly frivolous and without
merit.  Further, we find no reversible
error in the record. 

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed June 12, 2003.

Panel consists of Justices Yates,
Hudson, and Frost. 

Do Not Publish C Tex. R.
App. P. 47.2(b).